THE STATE OF OHIO, APPELLEE, *v.* WILLIAMS, APPELLANT.*

[Cite as State v. Williams, 9 Ohio App. 2d 196.]

(No. 9866—Decided January 16, 1967.)

*Mr. Melvin G. Rueger* and *Mr. Robert K. Sachs*, for appellee.

*Mr. Anthony J. Brueneman, Jr.*, for appellant.

*Per Curiam.* An examination of the record discloses no error prejudicial to the rights of appellant. The judgment of the Court of Common Pleas of Hamilton County is, therefore, affirmed.

*Judgment affirmed.*

HILDEBRANT, P. J., LONG and HOVER, JJ., concur.

---

*For opinion on motion to dismiss, see 8 Ohio App. 2d 258.